# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SOUTH LAKE UNION HOTEL LLC, | CASE NO. C23-1868-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION |
| v. | |
| F&F ROGERS FAMILY LIMITED PARTNERSHIP, et al., | |
| Defendant(s). | |

The parties filed a stipulated motion to a continue the trial date and pretrial deadlines. Dkt. No. 21. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date. The previous case schedule (Dkt. No. 20) is VACATED. The clerk is directed to issue an amended case schedule based on the parties' agreed-upon trial date of September 8, 2025, and consistent with the Court's standard case schedule.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact Courtroom Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 27th day of January, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1