1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOUTH LAKE UNION HOTEL LLC,

　　　　　　　　Plaintiff(s),

　　　v.

F&F ROGERS FAMILY LIMITED
PARTNERSHIP, et al.,

　　　　　　　　Defendant(s).

CASE NO. C23-1868-KKE

ORDER ON DEMONSTRATIVES
OBJECTIONS

13
14
15
16

　　　At the pretrial conference, the Court instructed the parties to exchange demonstratives to be used during opening statements by September 3, 2025, and to file a statement of objections to those demonstratives by September 4, 2025. Dkt. No. 66. The parties timely filed a statement of objections (Dkt. No. 72), which the Court hereby resolves as follows:

17
18
19
20
21
22
23

　　　(1) Defendant's objections to Plaintiff's demonstratives are overruled. Authentication is not needed for Plaintiff's slides because they will not be admitted, and in any event Plaintiff has identified witnesses that it believes could authenticate photos of the Fred Rogers Building. Dkt. No. 72 at 2. The Court finds that the probative value of the photographs of the inside and outside of the Fred Rogers Building outweighs the potential prejudice. To the extent that Defendant objects to the City of Seattle complaint as hearsay, it falls under the exception for public records.

24

(2) Plaintiff's objections to Defendant's demonstratives are also overruled. Although the review spreadsheet may not contain every review, Plaintiff will have an opportunity to discuss other reviews that support its theory of the case. The probative value of the reviews as summarized outweighs their potential prejudice. And to the extent that Plaintiff objects to the reviews on hearsay grounds, it is not clear that they will be offered for the truth of the matter asserted and thus would not constitute hearsay.

(3) To the extent that Defendant intends to use other documents in its opening statement that have not been disclosed to Plaintiff (Dkt. No. 72 at 2), Defendant must disclose those documents to Plaintiff no later than 7 p.m. on September 4, 2025, and the parties may file a joint statement of disputes as to those documents no later than noon on September 5, 2025.

(4) If the parties find that their objections have not been fully addressed or understood by the Court due to the limited briefing provided, the parties may file additional briefing as to any outstanding demonstrative-related objections no later than noon on September 5, 2025.

Dated this 4th day of September, 2025.

Kymberly K. Evanson
United States District Judge