UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTH LAKE UNION HOTEL LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>F&F ROGERS FAMILY LIMITED PARTNERSHIP,<br><br>Defendant(s). | CASE NO. C23-1868-KKE<br><br>ORDER ON SUPPLEMENTAL BRIEFING |

The Court has reviewed the parties' supplemental briefing on disputes with respect to the applicability of the nuisance per se doctrine to this case. *See* Dkt. Nos. 70, 73. The Court finds no outstanding issue of law that must be decided before trial can commence; to the contrary, the Court already addressed the requirements for actionable nuisance per se in its order on summary judgment. *See* Dkt. No. 52 at 4–5. In that order, the Court denied Plaintiff's motion for summary judgment, ruling that even where certain code violations were undisputed, Plaintiff must "still show that this nuisance caused some level of interference with its property interest, even if insignificant." *Id.* at 6. The Court determined that the existence and extent of any interference must be resolved by the jury at trial. *Id.* at 9.

ORDER ON SUPPLEMENTAL BRIEFING - 1

In light of the Court's prior ruling, the Court concludes that the present dispute should be resolved in the context of final jury instructions. Indeed, the disputes referenced in the supplemental briefing are well-preserved in the parties' statement on disputed instructions. *See* Dkt. No. 59. Additionally, if Defendant believes that the evidence at trial is insufficient to proceed to the jury on any claim, Defendant can bring an appropriate motion. *See* Fed. R. Civ. P. 50.

Although Defendant suggested generally at the pretrial conference that guidance from the Court was needed on this issue before the start of trial, its supplemental brief does not explain why such a ruling is needed at this time, and no such necessity is apparent to the Court. Therefore, the Court will take the parties' arguments on this issue under advisement and revisit them with the parties in the context of final jury instructions.

Dated this 5th day of September, 2025.

Kymberly K. Evanson
United States District Judge